# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brendan Sweeney,<br><br>    Plaintiff,<br><br>v.<br><br>Epic Golf Club LLC,<br><br>    Defendant. | No. CV-20-00556-PHX-SMB<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Joint Stipulation of Dismissal with Prejudice (Doc. 19),

**IT IS HEREBY ORDERED** the Stipulation is approved.

**IT IS FURTHER ORDERED** this case is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** the Clerk of Court is directed to close this case.

Dated this 16th day of September, 2020.

_____
Honorable Susan M. Brnovich
United States District Judge